■ In the Matter of BARCAROLLE REALTY CORP., Respondent, v CITY OF NEW YORK et al., Appellants, et al., Respondents. [610 NYS2d 773] —Order and judgment (one paper) of the Supreme Court, New York County (Stanley Parness, J.), entered December 10, 1992, unanimously affirmed for the reasons stated by Parness, J., without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Carro, Ellerin, Asch and Tom, JJ.